IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO.09-CR-30084-WDS |
| | ) |
| REGINALD MOSES, | ) |
| | ) |
| Defendant. | ) |

### MEMORANDUM AND ORDER

**STIEHL, District Judge:**

Before the Court is the government's first motion in limine (Doc. 117) in which the government seeks to prevent the defendant from cross examining witnesses about their juvenile records, or pending felony charges for which there has not yet been a of any convictions which are more than 10 years old, pursuant to Fed. R. Crim. P. 609.

Rule 609 "governs the admissibility of a witness's prior convictions for impeachment purposes." *United States v. Rogers,* 542 F.3d 197, 200 (7th Cir. 2008).

Counsel for the defendant has advised the Court that he does not intend to seek to introduce evidence of un-convicted felonies, of convictions that are more than 10 years old, or of juvenile records.

Accordingly, the Court **GRANTS** the government's motion in limine.

**IT IS SO ORDERED**

**DATE:**   16 August, 2010

/s/  WILLIAM D. STIEHL
DISTRICT JUDGE